UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

HOWARD SHELDON BLUMSTEIN and
LINDA BLUMSTEIN,

              Plaintiffs,

   v.

COUNTRYWIDE HOME LOANS INC., *et al.*,

              Defendants.

No. C14-0715RSL

ORDER RENOTING MOTION FOR LEAVE TO WITHDRAW

This matter comes before the Court on Shashi Vijay's "Motion for Leave to Withdraw" as counsel for plaintiffs in the above-captioned matter. Dkt. # 11. The motion is properly noted on the Court's calendar for consideration on June 13, 2014,[1] and there is a pending motion to dismiss to which plaintiffs must respond by June 16th. Absent agreement of the plaintiffs or a showing of good cause, the Court will not alter plaintiffs' representational status one business day before their response to a dispositive motion is due.

The motion to withdraw is hereby continued. The Clerk of Court is directed to renote the "Motion for Leave to Withdraw" on the Court's calendar for Friday, June 27, 2014.

---

[1] Pursuant to LCR 7(d)(3), motions to withdraw must be noted for the third Friday after filing.

ORDER RENOTING MOTION FOR
LEAVE TO WITHDRAW

1   Dated this 27th day of May, 2014.

2   /s/ Robert S. Lasnik

3   Robert S. Lasnik
4   United States District Judge

ORDER RENOTING MOTION FOR
LEAVE TO WITHDRAW                      -2-